Certificate Number: 16339-PAW-DE-040324447

Bankruptcy Case Number: 25-70460



16339-PAW-DE-040324447

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>November 18, 2025</u>, at <u>10:28</u> o'clock <u>AM EST</u>, <u>Matthew J Lightner</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>November 18, 2025</u>           By:    <u>/s/Kris Krumal</u>

                                        Name:  <u>Kris Krumal</u>

                                        Title: <u>Certified Financial Counselor</u>