<span style="color:red">**DEFAULT O/E JAD**</span>

## UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Matthew J. Lightner<br><br>                    Debtor(s) | |
| Lakeview Loan Servicing, LLC,<br>its successors and/or assigns<br><br>                    Movant<br>          v.<br>Matthew J. Lightner<br><br>                    Respondent(s)<br>          and<br>Lisa M. Swope, Trustee<br><br>          Additional Respondent | BK. NO. 25-70460 JAD<br><br>CHAPTER 7<br>Related to Docket #_____20_____ |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this  12th day of  February, 2026, at Pittsburgh, upon Motion of Lakeview Loan Servicing, LLC, it is

**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 611 Prospect Street, Portage, PA 15946 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____ sjk
United States Bankruptcy Judge
Jeffery A. Deller

FILED
2/12/26 11:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

-1-

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                     Case No. 25-70460-JAD

Matthew J. Lightner                                                                    Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 12, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2026:**

**Recip ID**        **Recipient Name and Address**
db        + Matthew J. Lightner, 804 Shand Avenue, Altoona, PA 16602-5930

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com |
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard G. Allen | on behalf of Debtor Matthew J. Lightner ecf@johnstownbankruptcy.com |

District/off: 0315-7                               User: auto                                           Page 2 of 2
Date Rcvd: Feb 12, 2026                            Form ID: pdf900                                    Total Noticed: 1

mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

TOTAL: 6