<table>
<tr><td colspan="2"><strong>Information to identify the case:</strong></td></tr>
</table>

| | | |
|---|---|---|
| Debtor 1 | Matthew J. Lightner | Social Security number or ITIN   xxx–xx–7756 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 25–70460–JAD | |

## Order of Discharge

12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Matthew J. Lightner

2/19/26

**By the court:**  Jeffery A. Deller
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 25-70460-JAD |
|---|---|
| Matthew J. Lightner | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 19, 2026 | Form ID: 318 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew J. Lightner, 804 Shand Avenue, Altoona, PA 16602-5930 |
| 16601863 | | Breezline, 43920 Airport View Dr., Hollywood, MD 20636-3105 |
| 16601867 | | Conemaugh Nason Medical Center, P.O. Box 16243, Pittsburgh, PA 15242-0243 |
| 16601871 | + | Dental Care Associates, 712 S. Logan Blvd., Hollidaysburg, PA 16648-3032 |
| 16601877 | + | Hollidaysburg Manor, 1152 Four Leaf Lane, Hollidaysburg, PA 16648-2501 |
| 16601880 | + | Municipal Authority of Portage, Water Department, 606 Cambria Street, Portage, PA 15946-1516 |
| 16601884 | + | St. Joseph Institute for Addiction, 134 Jacobs Way, Port Matilda, PA 16870-9240 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BLMSWOPE | Feb 20 2026 05:36:00 | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |
| smg | | EDI: PENNDEPTREV | Feb 20 2026 05:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 20 2026 05:36:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 20 2026 00:50:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 16601862 | + | Email/Text: bk@avant.com | Feb 20 2026 00:50:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 16601864 | + | EDI: CAPITALONE.COM | Feb 20 2026 05:36:00 | Capital One, AttN: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 16601865 | + | EDI: CITICORP | Feb 20 2026 05:36:00 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 16601866 | + | EDI: WFNNB.COM | Feb 20 2026 05:36:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy Dept, P.O. Box 182125, Columbus, OH 43218-2125 |
| 16601869 | | Email/Text: bdsupport@creditmanagementcompany.com | Feb 20 2026 00:50:00 | Credit Management Company, 2121 Noblestown Road, P.O. Box 16346, Pittsburgh, PA 15242-0346 |
| 16601868 | + | Email/Text: bdsupport@creditmanagementcompany.com | Feb 20 2026 00:50:00 | Credit Management Company, Foster Plaza Building 7, 661 Andersen Drive, Suite 110, Pittsburgh, PA 15220-2700 |
| 16601870 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 20 2026 00:51:39 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16601872 | ^ | MEBN | | |

District/off: 0315-7 | User: auto | Page 2 of 3
Date Rcvd: Feb 19, 2026 | Form ID: 318 | Total Noticed: 31

| Recip ID | | Notice Type/Email | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 20 2026 00:35:22 | First Credit Services, Attn: Bankruptcy, P.O. Box 55, 3 Skiles Ave., Piscataway, NJ 08855-7200 |
| 16601873 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Feb 20 2026 00:50:00 | First Energy/Penelec, 101 Crawford's Corner Road, Building #1 Ste. 1-511, Holmdel, NJ 07733-1976 |
| 16601874 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 20 2026 00:50:00 | First National Bank of Pennsylvania, Attn: Legal Dept, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 16601875 | + | Email/Text: elaine@gapfcu.org | Feb 20 2026 00:50:00 | G A P Federal Credit Union, 111 Franklin St Rm 224, Johnstown, PA 15901-1876 |
| 16601876 | | Email/Text: argbsref@geico.com | Feb 20 2026 00:50:00 | Geico Secure Insurance Co., P.O. Box 70776, Philadelphia, PA 19176-0776 |
| 16601878 | | Email/Text: camanagement@mtb.com | Feb 20 2026 00:50:00 | M & T Bank, Attn: Bankruptcy, P.O. Box 844, Buffalo, NY 14240 |
| 16601879 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 20 2026 00:51:38 | Merrick Bank Corp., P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 16601881 | | Email/Text: BankruptcyEast@firstenergycorp.com | Feb 20 2026 00:50:00 | Penelec, P.O. Box 16001, Reading, PA 19612-6001 |
| 16601882 | + | Email/Text: ebnpeoples@grblaw.com | Feb 20 2026 00:50:00 | Peoples Natural Gas Company, LLC, c/o GRB Law, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 16601883 | + | Email/Text: ngisupport@radiusgs.com | Feb 20 2026 00:50:00 | Radius Global Solutions, P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 16601885 | + | EDI: SYNC | Feb 20 2026 05:36:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 16601886 | + | EDI: SYNC | Feb 20 2026 05:36:00 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, P.O. Box 965064, Orlando, FL 32896-5064 |
| 16601887 | + | Email/Text: BankruptcyNotice@upmc.edu | Feb 20 2026 00:50:00 | UPMC, 2 Hot Metal Street, Dist. Room 386, Pittsburgh, PA 15203-2348 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2026       Signature:       /s/Gustava Winters

District/off: 0315-7                          User: auto                                    Page 3 of 3
Date Rcvd: Feb 19, 2026                       Form ID: 318                              Total Noticed: 31

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com |
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard G. Allen | on behalf of Debtor Matthew J. Lightner ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com |


TOTAL: 6